Christopher R. Kaup, Esq.
Christopher R. Kaup, State Bar No. 014820
J. Daryl Dorsey  State Bar No. 024237

**TB** **TIFFANY & BOSCO**
P.A.

Third Floor, Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016-4237
Telephone: (602) 255-6000
Facsimile: (602) 255-0103
E-Mail: crk@tblaw.com; jdd@tblaw.com
*Attorneys for HIE Servicing, LLC*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| SUNRISE HOSPITALITY, LLC, | **Case No. 09-26457-JMM** |
| Debtor. | **NOTICE OF LODGING ORDER GRANTING MOTION FOR EXPEDITED HEARING ON THE MOTION TO EXCUSE TURNOVER OF ASSETS BY RECEIVER UNDER 11 U.S.C. § 543** |

**NOTICE IS HEREBY GIVEN** that on October 20, 2009, the attached proposed

*Order Granting Motion for Expedited Hearing on the Motion to Excuse Turnover of*

*Assets by Receiver Under 11 U.S.C. § 543* was lodged with this court.

**DATED** this 20th day of October, 2009.

TIFFANY & BOSCO, P.A.

By:/s/ Christopher R. Kaup, #014820
    Christopher R. Kaup, Esq.
    J. Daryl Dorsey, Esq.
    *Attorneys for HIE Servicing, LLC*

416795

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SUNRISE HOSPITALITY, LLC,<br><br>Debtor. | Chapter 11 Proceeding<br><br>**Case No. 09-26457-JMM**<br><br>**ORDER GRANTING EXPEDITED HEARING ON MOTION TO EXCUSE TURNOVER OF ASSETS BY RECEIVER UNDER 11 U.S.C. § 543** |

The Court having considered the *Motion for Expedited Hearing on Motion to Excuse Turnover of Assets by Receiver Pursuant to 11 U.S.C. § 543(d)(1)* ("Motion") filed by HIE Servicing, LLC in this proceeding, and good cause appearing,

**IT IS HEREBY ORDERED** setting an expedited hearing on the Motion for October \_\_\_\_, 2009, at the hour of \_\_\_:\_\_\_ \_\_m. in the United States Bankruptcy Court, 38 S. Scott Ave, Courtroom No. _____, Tucson, Arizona 85701.

**SIGNED AND DATED ABOVE.**

15766-001/416794