**ALTFELD BATTAILE & GOLDMAN, P.C.**
250 North Meyer Avenue
Tucson, Arizona 85701
Telephone: (520) 622-7733
Facsimile: (520) 622-7967
Email: rdsobel@abgattorneys.com
R. David Sobel; SBN: 9306
*Attorneys for Business Development Finance Corp.*

# THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No. 4:09-bk-26457-JMM |
| SUNRISE HOSPITALITY, LLC, | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |
| Debtor. | |

R. David Sobel, ALTFELD BATTAILE & GOLDMAN P.C., provides notice of his appearance as attorney of record for Business Development Finance Corporation and requests that a copy of all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, plan of reorganization, disclosure statement, and any other documents filed in this case, be sent to the following attorney at the address indicated:

>R. David Sobel
>ALTFELD BATTAILE & GOLDMAN P.C.
>250 North Meyer Avenue
>Tucson, Arizona 85701
>Tel.: 520-622-7733
>Fax: 520-622-7967
>E-mail: rdsobel@abgattorneys.com

Respectfully submitted this October 27, 2009.

>ALTFELD BATTAILE & GOLDMAN, P.C.
>
> /s/ *R. David Sobel*
>R. David Sobel
>*Attorneys for Business Development Finance Corp.*

Copy of the foregoing served electronically
and a copy faxed or e-mail this October 27, 2009 to:

Shelton L. Freeman
*DeConcini, Mcdonald, Yetwin & Lacy, P.C.*
Tfreeman@dmylphx.com
*Attorneys for Sunrise Hospitality, LLC*

Lawrence E. Wilk
*Jaburg & Wilk, P.C.*
Jpi@jaburgwilk.com
*Attorneys for Receiver*

Jonathan P. Ibsen
*Jaburg & Wilk, P.C.*
Lew@jaburgwilk.com
*Attorneys for Receiver*

Christopher R. Kaup
*Tiffany & Bosco, P.A.*
Crk@tblaw.com
*Attorneys for HIE Servicing, LLC*

Arizona Department of Revenue
Fax: 602-716-7987

Key Equipment Finance Corp.
Fax: 720-304-1082

Steele Engineering
seel@steeleeng.com

Town of Florence
james.mannato@florenceaz.gov

Knochel Brothers Inc.
Nknochel@knochelbros.com

Emanika Associates Architects, Inc.
Sunrise Hospitality LLC
Sunrise Estate Development Corp.
c/o Emmauel Ikharebha
sunrise@c212.com

Carver & Associates
pcopley@carverassoc.com

Holiday Hospitality Franchising, Inc.
Fax: 770-604-2378

Pinal County Assessor
assessor@pinalcountyaz.gov

Vestin Originations, Inc.
Silviab@vestingroup.com

U.S. Trustee
Office of the U.S. Trustee
ustpregion14.px.ecf@usdoj.gov

 /s/*Elena Todd*
*H:\WP\RDS\bdfc\sunrise\n-appearance.wpd*