Leib M. Lerner (CA Bar No. 227323)
**ALSTON & BIRD LLP**
333 South Hope Street, Sixteenth Floor
Los Angeles, California 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
leib.lerner@alston.com
*Pro Hac Vice Pending*

John R. Worth (012950)
**FORRESTER WORTH & GREEN, PLLC**
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012
Telephone: (602) 258-2728
Facsimile: (602) 271-4300
Email: jrw@fwlawaz.com

Attorneys for InterContinental Hotels Group
and Holiday Hospitality Franchising, Inc.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SUNRISE HOSPITALITY, LLC,<br><br>Debtor | Chapter 11<br><br>Case No.: 09-26457-JMM<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND PAPERS** |

**PLEASE TAKE NOTICE** that, pursuant Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, Leib M. Lerner of the law firm of Alston & Bird LLP and John Worth of the law form of Forrester & Worth PLLC hereby enter their appearance as counsel for creditor InterContinental Hotels Group and Holiday Hospitality Franchising, Inc. ("HIG") and request that all notices given or required to be given in this case, and all pleadings, papers, or other documents filed, served, or required to be served in this case, including, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, demand, or document, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, ECF notice, hand delivery, telephone, facsimile, or otherwise, be served upon the following:

| | |
|---|---|
| Leib M. Lerner<br>**ALSTON & BIRD LLP**<br>333 S. Hope Street, 16th Fl.<br>Los Angeles, CA 90071<br>Telephone: 213-576-1000<br>Facsimile: 213-576-1100<br>Email: leib.lerner@alston.com | John R. Worth (012950)<br>**FORRESTER WORTH & GREEN, PLLC**<br>3636 North Central Avenue, Suite 700<br>Phoenix, Arizona 85012<br>Telephone: (602) 258-2728<br>Facsimile: (602) 271-4300<br>Email: jrw@fwlawaz.com |

And between the two address blocks.

**PLEASE TAKE FURTHER NOTICE** that this entry of appearance is not intended as nor is it a consent to the jurisdiction of the Bankruptcy Court over HIG, and that nothing herein or otherwise, including, without limitation, any later appearance, pleading, claim, or action, is intended or shall be deemed to be a waiver, release, or modification by HIG of its (a) right to have final orders in non-core matters entered after *de novo* review by a District Judge; (b) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (c) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (d) other rights, remedies, claims, actions, defenses, setoffs, or recoupments to which HIG is or may be entitled, all of which are hereby expressly reserved.

DATED: November 20, 2009

Respectfully submitted,

<u>JRW (012950)</u>
John R. Worth (012950)
**FORRESTER WORTH & GREEN, PLLC**
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012

And

Leib M. Lerner
**ALSTON & BIRD LLP**
333 S. Hope Street, 16th Fl.
Los Angeles, CA 90071
*Pro Hac Vice* Pending

# CERTIFICATE OF SERVICE

Copy mailed November 20, 2009 to:

*Debtor*
Sunrise Hospitality Llc
695 West 16th St
Florence, Az 85232

U.S. Trustee
OFFICE OF THE U.S. TRUSTEE
230 North First Avenue, Suite 204
Phoenix, AZ 85003

*Attorneys for Business Development Finance Corp.*
ALTFELD BATTAILE & GOLDMAN, P.C.
David Sobel
250 North Meyer Avenue
Tucson, Arizona 85701

*Attorneys for Sunrise Hospitality LLC*
Shelton L. Freeman, Esq.
Deconcini, Mcdonald, Yetwin & Lacy, PC.
7310 North 16th Street #330
Phoenix, AZ 85020

*Attorneys for Knochel Brothers Inc.*
CHEIFETZ IANNITELLI MARCOLINI, P.C.
Steven W. Cheifetz/ Daniel P. Velocci
1850 North Central Avenue, 19th Floor
Phoenix, Arizona 85004

*Attorneys for HIE Servicing, LLC*
Christopher R. Kaup
J. Daryl Dorsey
TIFFANY & BOSCO
Third Floor, Camelback Esplanade II
2525 East Camelback Road
Phoenix, AZ 85016-4237

*John P. Mitchell, II, Receiver for Sunrise Hospitality, LLC dba Holiday Inn Express Hotel & Suites, Florence*
Lawrence E. Wilk
Jonathan P. Ibsen
JABURG & WILK, P.C.
3200 N. Central Ave., Ste. 2000
Phoenix, AZ 85012-2440

/s/ Mary L. Ligouri
Mary L. Ligouri