SHELTON L. FREEMAN (AZ #009687)
NANCY J. MARCH (AZ #012802)

**DECONCINI MCDONALD YETWIN & LACY, P.C.**
6909 East Main Street
Scottsdale, Arizona 85251
_____
Ph: (480) 398-3100
Fax: (480) 398-3101
E-mail: tfreeman@lawdmyl.com
E-mail: nmarch@dmyl.com

Attorneys for Sunrise Hospitality LLC

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>SUNRISE HOSPITALITY LLC,<br><br>             Debtor. | Case No.: 4:09-bk-26457-JMM<br><br>**NOTICE OF FILING AND DEADLINE TO OBJECT TO FIRST INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES OF DeCONCINI McDONALD YETWIN & LACY, P.C., AS ATTORNEYS FOR SUNRISE HOSPITALITY LLC**<br><br>(Related DE 56) |

**NOTICE IS GIVEN THAT** the "First Interim Application for Allowance of Professional Compensation and Reimbursement of Expenses of DeConcini McDonald Yetwin & Lacy, P.C., as Attorneys for Sunrise Hospitality LLC" (the "Application") was filed by the law firm of DeConcini McDonald Yetwin & Lacy,

DECONCINI MCDONALD YETWIN & LACY, P.C.
6909 East Main Street
Scottsdale, Arizona 85251

1  P.C. ("DMYL"), as the Court-approved attorneys for debtor Sunrise Hospitality LLC

2  ("Sunrise Hospitality" or the "Debtor") in the above-captioned Chapter 11 case on

3  November 25, 2009.  In its Application, Debtor requests that the Court award it

4  allowance and payment, of $22,705.00 in professional fees and $1,039.00 in costs

5  for a total of $23,744.00 incurred from the filing of the petition to October 31, 2009

6  (the "Application Period").  DMYL requests fees and costs on the grounds that

7  such fees and costs were actual, necessary expenses incurred by Sunrise

8  Hospitality as the reasonable compensation for professional services rendered by

9  DMYL.

10  PLEASE TAKE FURTHER NOTICE that any objections or request for a

11  hearing on the Application must be filed and served by no later than **Friday,**

12  **December 18, 2009**, with the Clerk of the United States Bankruptcy Court, 230

13  North 1st Avenue, Suite 101, Phoenix, Arizona  85003.

14  A copy of any objection should be mailed to:

15  Shelton L. Freeman
    tfreeman@lawdmyl.com
16  DeConcini McDonald Yetwin & Lacy, P.C.
17  6909 East Main Street
    Scottsdale, Arizona  85251

18

19  If no timely written objection and request for hearing is filed, no hearing will

20  be held, and the Court may summarily enter an order granting the Application.

21  DATED this 25th day of November, 2009.

22  DECONCINI MCDONALD YETWIN & LACY, P.C.

23

24  BY /s/ SHELTON L. FREEMAN
25  Shelton L. Freeman
    Nancy J. March
26  Attorneys for Sunrise Hospitality LLC

DECONCINI MCDONALD YETWIN & LACY, P.C.
6909 East Main Street
Scottsdale, Arizona 85251

COPIES sent via the U.S. Bankruptcy
Court's ECF noticing system this
25th day of November, 2009.

COPIES sent via U.S. Mail or electronic mail
this 25th day of November, 2009, to:

| | | |
|---|---|---|
| Office of the United States Trustee<br>230 N. 1st Ave., Ste. 101<br>Phoenix, AZ 85003-1706 | Lawrence E. Wilk<br>Jonathan P. Ibsen<br>JABURG & WILK, P.C.<br>3200 North Central Avenue, Suite 2000<br>Phoenix, Arizona 85012<br>lew@jaburgwilk.com<br>jpi@jaburgwilk.com<br>Attorneys for John P. Mitchell, III, Receiver | Christopher R. Kaup<br>J. Daryl Dorsey<br>TIFFANY & BOSCO, P.A.<br>3rd Floor, Camelback Esplanade II<br>2525 East Camelback Road<br>Phoenix, Arizona 85016-4237<br>crk@tblaw.com<br>jdd@tblaw.com<br>Attorneys for HIE Servicing, LLC |
| Holiday Hospitality Franchising, Inc.<br>Three Ravinia Drive<br>Atlanta, GA 30346 | Vestin Originations, Inc.<br>6149 South Rainbow Blvd.<br>Las Vegas, NV 89118 | HIE Servicing, LLC<br>Attn: Andrew Jolly<br>2863 St. Rose Pkwy.<br>Henderson, NV 89052 |
| Business Development Finance Corp.<br>Attn: Ken Mitchim<br>3300 N. Central Ave.<br>Phoenix, AZ 85012 | Carver & Associates<br>Attn: Doug Rome<br>242 Odell Road, Suite 4<br>Griffin, GA 30224 | Arizona Department of Revenue<br>P.O. Box 52153<br>Phoenix, AZ 85072 |
| Key Equipment Finance Corp.<br>1000 South McCaslin Blvd.<br>Superior, CO 80027 | Knochel Brothers Inc.<br>Attn: Hub Knockel<br>1441 East Alameda Road<br>Phoenix, AZ 85024 | Town of Florence<br>775 North Main Street<br>Florence, AZ 85232 |
| David Kolloway<br>9219 East Omega Street<br>Mesa, AZ 85207 | Deborah Kolloway<br>9219 East Omega Street<br>Mesa, AZ 85207 | Sunrise Estate Development Corp.<br>695 W. 16th St.<br>Florence, AZ 85232 |
| Sunrise Plaza LLC<br>695 W. 16th St.<br>Florence, AZ 85232 | Emanika Associates Architects Inc.<br>695 W. 16th St.<br>Florence, AZ 85232 | Pinal County Assessor<br>31 N. Pinal Street<br>Florence, AZ 85232 |
| Steelle Engineering<br>5702 East Shea Blvd.<br>Scottsdale, AZ 85254 | Leib M. Lerner<br>ALSTON & BIRD LLP<br>333 S. Hope Street, 16th Fl.<br>Los Angeles, CA 90071<br>ATTORNEYS FOR InterContinental Hotels Group and Holiday Hospitality Franchising, Inc. | John R. Worth (012950)<br>FORRESTER WORTH & GREEN<br>3636 N Central Avenue, Suite 700<br>Phoenix, Arizona 85012<br>ATTORNEYS FOR InterContinental Hotels Group and Holiday Hospitality Franchising, Inc |

By /s/ Lisa Ferreira

3