Christopher R. Kaup, State Bar No. 014820
J. Daryl Dorsey  State Bar No. 024237

**TB TIFFANY & BOSCO**
P.A.

Third Floor, Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016-4237
Telephone: (602) 255-6000
Facsimile: (602) 255-0103
E-Mail: crk@tblaw.com; jdd@tblaw.com
*Attorneys for HIE Servicing, LLC*

# IN THE UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SUNRISE HOSPITALITY, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 4:09-26457-JMM<br><br>**HIE SERVICING, LLC'S MOTION FOR TEMPORARY ALLOWANCE OF ITS SECOND AMENDED PROOF OF CLAIM PURSUANT TO BANKRUPTCY RULE 3018(A)**<br><br>Hearing Date:  May 26, 2010<br>Hearing Time:  10:00 a.m.<br>Courtroom:  602 (Phoenix) |

HIE Servicing, L.L.C. ("HIE"), the senior secured creditor of Sunrise Hospitality, LLC (the "Debtor"), by and through its undersigned counsel, hereby moves the Court pursuant to Rule 3018(a), Fed.R.Bankr.P. to temporarily allow its proof of claim set forth in the Second Amended Proof of Claim (the "Second Amended Claim") (Claim #13) in

-1-

the amount of $5,665,667.53 for the purpose of HIE's ballot report rejecting the Second Amended Plan of Reorganization (the "Plan") filed by the Debtor.

The Debtor objected to HIE's Amended Proof of Claim (the "Amended Claim") filed on May 19, 2010 alleging, in pertinent part, that the default rate of interest, which was included in the Amended Claim, exceeds the rate of interest allowed under the Promissory Note (the "Note"), the SBA Agreement, and certain federal regulations. The Debtor contends that the proper default rate is, as of the date of the filing of its Amended Claim, 9.25%.

HIE disagrees with the Debtor's assertion for the reason that the default rate in the Note is 5% and HIE believes it is entitled to payment of interest at that default rate. HIE, however, is willing to accept the 9.25% rate of interest for the purposes of the trial on the Debtor's Plan and requests that the Court temporarily allow the Second Amended Claim, which includes calculations based upon the 9.25% interest rate, pursuant to Bankruptcy Rule 3018(a)[1]. FRBP 3018 (a) provides in relevant part:

> ...Notwithstanding objection to a claim or interest, the court after notice and hearing may temporarily allow the claim or interest in an amount which the court deems proper for the purpose of accepting or rejecting a plan.

Fed.R.Bankr.P. 3018(a).

In this case, the Debtor asserts in the Plan and its Disclosure Statement in support of the Plan that the value of the Property securing the debt owed to HIE is $4,175,000.00. For the purposes of determining the dollar amount of HIE's undersecured claim to be

---

[1] Notwithstanding, HIE reserves its rights to provide evidence to establish the default rate of interest exceeds 9.25% in subsequent proceedings.

included in the calculation of the dollar amount of HIE's vote in Class V for general unsecured claims, the amount of HIE's unsecured claim should be allowed, **only and solely for the purposes of HIE's ballot report rejecting the Plan**, to be $1,490,667.53. That amount is the difference between the amount of HIE's Second Amended Proof of Claim, $5,665,667.53, and $4,175,000.00.

HIE disputes the allegation that its collateral is worth only $4,175,000.00, HIE and intends to put on evidence at the Confirmation Trial that the value of the Property is $5,200,000.00. HIE believes it to be fair and appropriate for the Court to temporarily allow the amount of HIE's unsecured claim for the **sole** purpose of ballot reporting requirements under Section 1126 of the Code in the amount of $1,490,667.53. HIE does not agree that the value of the hotel and related personal property collateral is $4,175,000.00. In addition, HIE will proffer evidence in the form of an appraisal report and testimony that the current fair market value of the Property is $5,200,000.00 and HIE is not waiving and, specifically, is reserving its right to prove that the value of the hotel and personal property is greater than the amount alleged by the Debtor and reserves its right to do so at the scheduled hearing on confirmation of the Debtor's Plan.

**RESPECTFULLY SUBMITTED** this 27th day of May, 2010.

      **TIFFANY & BOSCO, P.A.**

      By: /s/ J. Daryl Dorsey, #024237
          Christopher R. Kaup, Esq.
          J. Daryl Dorsey, Esq.
          Third Floor Camelback Esplanade II
          2525 East Camelback Road
          Phoenix, Arizona 85016-4237
          *Attorneys for HIE Servicing, LLC*

**FOREGOING** electronically filed with the Clerk of United States Bankruptcy Court this 27th day of May, 2010; and **COPY** to be mailed on the 28th of May, 2010 to:

| | |
|---|---|
| Shelton L. Freeman, Esq.<br>DECONCINI, MCDONALD, YETWIN & LACY, P.C.<br>7310 North 16th Street, Suite 330<br>Phoenix, AZ 85020-5276<br>*Attorneys for Sunrise Hospitality LLC* | Mrs. Deborah Kolloway<br>9219 East Omega Street<br>Mesa, AZ 85207 |
| Jonathan P. Ibsen, Esq.<br>JABURG & WILK, P.C.<br>3200 North Central Avenue, Suite 2000<br>Phoenix, AZ 85012-2463<br>*Attorneys for Receiver* | Knochel Brothers Inc.<br>Attn: Hub Knockel<br>1441 East Alameda Road<br>Phoenix, AZ 85024-4305 |
| Lawrence E. Wilk, Esq.<br>JABURG & WILK, P.C.<br>3200 North Central Avenue, Suite 2000<br>Phoenix, AZ 85012-2463<br>*Attorneys for Receiver* | Carver & Associates<br>Attn: Doug Rome<br>242 Odell Road, Suite 4<br>Griffin, GA 30224-4879 |
| Steven W. Cheifetz, Esq.<br>Daniel P. Velocci, Esq.<br>CHEIFETZ, IANNITELLI, MARCOLINI, P.C.<br>1850 North Central Avenue, 19th Floor<br>Phoenix, AZ 85004<br>*Attorneys for Knochel Brothers Inc.* | Holiday Hospitality Franchising, Inc.<br>Three Ravinia Drive<br>Atlanta, GA 30346 |
| James E. Mannato, Esq.<br>FLORENCE TOWN ATTORNEY<br>P.O. Box 2670<br>Phoenix, AZ 85232<br>*Attorneys for Town of Florence* | Pinal County Assessor<br>31 North Pinal Street<br>Florence, AZ 85232 |
| R. David Sobel, Esq.<br>ALTFELD, BATTAILE & GOLDMAN PC<br>250 North Meyer Avenue<br>Tucson, AZ 85701<br>*Attorneys for Business Development Finance Corp.* | Vestin Originations, Inc.<br>6149 South Rainbow Boulevard<br>Las Vegas, NV 89118-3250 |
| Leib M. Lerner, Esq.<br>ALSTON & BIRD, LLP<br>333 South Hope Street, Sixteenth Floor<br>Los Angeles, CA 90071<br>*Attorneys pro hac vice for InterContinental Hotels Group and Holiday Hospitality Franchising, Inc.* | Mr. Rick Husk, Deputy<br>Pinal County Attorney<br>Civil Division<br>P.O. Box 887<br>Florence, AZ 85132 |

John R. Worth, Esq.
FORRESTER, WORTH & GREEN, PLLC
3636 North Central Avenue, Suite 700
Phoenix, AZ 85012
*Attorneys for InterContinental Hotels Group and Holiday Hospitality Franchising, Inc.*

Ms. Dodie Doolittle
Pinal County Treasurer
P.O. Box 729
Florence, AZ 85132

Arizona Department of Revenue
P.O. Box 52153
Phoenix, AZ 85072

Sunrise Plaza, LLC
695 West 16th Street
Florence, AZ 85232

Key Equipment Finance Corp.
1000 South McCaslin Boulevard
Superior, CO 80027

Emanika Associates Architects, Inc.
695 West 16th Street
Florence, AZ 85232

Steele Engineering
5702 East Shea Boulevard
Scottsdale, AZ 85254-4843

Mr. David Kolloway
9219 East Omega Street
Mesa, AZ 85207

Town of Florence
775 North Main street
Florence, AZ 85232

U.S. Trustee
OFFICE OF THE U.S. TRUSTEE
230 North First Avenue, Suite 204
Phoenix, AZ 85003-1275
*U.S. Trustee*

Business Development Finance Corp.
Attn: Carrie McGivern
3300 North Central Avenue
Phoenix, AZ 85012-2501

/s/ J. Daryl Dorsey