# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re:            )

SUNRISE HOSPITALITY, L.L.C.   )

           )

           )

           )

           )

           )

Debtor )

           )

CASE NO.  4:09-bk-26457-JMM

**BUSINESS AND INDUSTRY
MONTHLY OPERATING REPORT**

MONTH OF          JUNE - 2010

DATE PETITION FILED:   10/19/2009

TAX PAYER ID NO. :     56-2491496

Nature of Debtor's Business:      MOTEL

DATE DISCLOSURE STATEMENT  FILED  4/16/2010 TO BE FILED          
DATE PLAN OF REORGANIZATION  FILED  4/16/2010 TO BE FILED          

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY OPERATING REPORT AND
THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.**

RESPONSIBLE PARTY:

ORIGINAL SIGNATURE OF RESPONSIBLE PARTY            TITLE

EMMANUEL IKHAREBHA, MEMBER            7/15/2010
PRINTED NAME OF RESPONSIBLE PARTY            DATE

PREPARER:

ORIGINAL SIGNATURE OF PREPARER            CPAS
                                TITLE

HIRSCH & SHAH CPAS' LLC            7/15/2020
PRINTED NAME OF PREPARER            DATE

PERSON TO CONTACT REGARDING THIS REPORT:  HIRSCH & SHAH CPA'S LLC

PHONE NUMBER: 602-277-6255

ADDRESS: 4527 N 16TH ST.,#101,
PHOENIX, AZ - 85016

FILE ORIGINAL REPORT ELECTRONICALLY WITH THE COURT, FILE PAPER COPY WITH U.S. TRUSTEE'S OFFICE

Case Number:4:09-bk-26457-JMM

| | | BANK ACCOUNTS | | | Total |
|---|---|---|---|---|---|
| | | Operating | Payroll | Tax | |
| | | # 832 / Chase | # 824 / Chase | # 816 / Chase | |
| Balance at Beginning of Period | | 128,790.82 | 11,270.72 | 12,094.90 | 152,156.44 |
| **RECEIPTS** | | | | | |
| Cash Sales | | 103,826.84 | | | 103,826.84 |
| Accounts Receivable - Prepetition | | | | | |
| Accounts Receivable - Postpetition | | | | | |
| Loans and Advances-Deposits | | | | | |
| Sale of Assets | | | | | |
| Transfers from Other DIP Accounts | | | 27,500.00 | 30,500.00 | 58,000.00 |
| Other - Pre-petition bank Transfers | | | | | |
| | | | | | |
| TOTAL RECEIPTS | | 103,826.84 | 27,500.00 | 30,500.00 | 161,826.84 |
| **DISBURSEMENTS** | | | | | |
| Business - Ordinary Operations | | 100,625.73 | 23,389.08 | 10,788.00 | 134,802.81 |
| Capitol Improvements | | | | | |
| Pre-Petition Debt | | | | | |
| Transfers to Other DIP Accounts | | 58,000.00 | | | 58,000.00 |
| Other  (attach list) | | | | | |
| | | | | | |
| | | | | | |
| **Reorganization Expenses:** Attorney Fees | | | | | |
| Accountant Fees | | | | | |
| Other Professional Fees | | | | | |
| U. S. Trustee Quarterly Fee | | | | | |
| Court Costs | | | | | |
| | | | | | |
| **TOTAL DISBURSEMENTS** | | 158,625.73 | 23,389.08 | 10,788.00 | 192,802.81 |
| Balance at End of Month | | 73,991.93 | 15,381.64 | 31,806.90 | 121,180.47 |

*Information provided above should reconcile with balance sheet and income statement amounts

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | |
|---|---|
| Total Disbursements From Above | 192,802.81 |
| Less: Transfers to Other DIP Accounts | 58,000.00 |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | |
| Total Disbursements for Calculating Quarterly Fees | 134,802.81 |

# INCOME STATEMENT
(Accrual Basis)

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals,
(2) year-to-date and filing-to-date information is provided, and (3) if reorganization expenses are segregated in the statement.

| REVENUES | Current Month | Year to Date | Total Since Filing |
|---|---|---|---|
| Gross Revenue | 86,720.88 | 757,551.83 | 989,745.32 |
| Less:  Returns & Discounts | 403.56 | 5,627.30 | 7,123.41 |
| Net Revenue | 86,317.32 | 751,924.53 | 982,621.91 |

| COST OF GOODS SOLD | | | |
|---|---|---|---|
| Material | | | |
| Direct Labor | | | |
| Direct Overhead (attach detail) | | | |
| Total Cost of Goods Sold | 0.00 | 0.00 | 0.00 |

| GROSS PROFIT | 86,317.32 | 751,924.53 | 982,621.91 |
|---|---|---|---|

| OPERATING EXPENSES | | | |
|---|---|---|---|
| Officer/Insider Compensation | | | |
| Selling & Marketing  (attach detail) | 2,431.34 | 11,237.86 | 15,169.54 |
| General & Administrative (attach detail) | 64,263.12 | 428,610.66 | 567,199.25 |
| Other Expenses (attach detail) | 0.00 | 0.00 | 0.00 |
| Total Operating Expenses | 66,694.46 | 439,848.52 | 582,368.79 |

| Income Before Non-operating Income and Expense | 19,622.86 | 312,076.01 | 400,253.12 |
|---|---|---|---|

| OTHER INCOME & EXPENSE | | | |
|---|---|---|---|
| Other Income - Accounting Allowance | 56.11 | 425.15 | 519.24 |
| Other Expense - Late Interest & Penalties | 0.00 | 834.30 | 834.30 |
| Interest Expense | 38,103.28 | 201,436.21 | 267,690.12 |
| Depreciation/Depletion | 34,312.67 | 205,876.02 | 288,890.54 |
| Amortization | 1,385.50 | 8,313.00 | 11,664.97 |
| Net Other Income & Expense | (73,745.34) | (416,034.38) | (568,560.69) |

| Income Before Reorganization Expense | (54,122.48) | (103,958.37) | (168,307.57) |
|---|---|---|---|

| REORGANIZATION EXPENSES | | | |
|---|---|---|---|
| Legal & Professional Fees | 8,000.00 | 57,000.00 | 114,469.20 |
| U.S. Trustee Fees | 3,252.18 | 6,827.18 | 6,827.18 |
| Other (attach list) | 0.00 | 0.00 | |
| Total Reorganization Expenses | 11,252.18 | 63,827.18 | 121,296.38 |

| Income Tax | | | |
|---|---|---|---|

| NET PROFIT OR (LOSS) | (65,374.66) | (167,785.55) | (289,603.95) |
|---|---|---|---|

# COMPARATIVE BALANCE SHEET
(Accrual Basis)

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals, (2) current and prior period information is provided, and (3) if pre-petition and post-petition liabilities are segregated

| ASSETS | SCHEDULE AMOUNT[1] | CURRENT MONTH | PRIOR MONTH |
|---|---|---|---|
| Unrestricted Cash | | 121,180.47 | 152,156.44 |
| Restricted Cash | | 0.00 | 0.00 |
| Total Cash | | 121,180.47 | 152,156.44 |
| Accounts Receivable (net) | | 24,079.15 | 31,087.71 |
| Inventory | | 7,540.00 | 7,540.00 |
| Notes Receivable | | 0.00 | 0.00 |
| Advances - Employees | | 46,000.00 | 40,250.00 |
| Other (attach list) | | 185,598.93 | 185,598.93 |
| Total Current Assets | | 384,398.55 | 416,633.08 |
| Property, Plant & Equipment | | 8,997,175.33 | 8,997,175.33 |
| Less:  Accumulated Depreciation | | 850,819.05 | 816,506.38 |
| Net Property, Plant & Equip. | | 8,146,356.28 | 8,180,668.95 |
| Due From Insider(s) | | 0.00 | 0.00 |
| Other Assets - net (attach list) | | 232,484.41 | 233,869.91 |
| Other (attach list) | | | |
| TOTAL ASSETS | | 8,763,239.24 | 8,831,171.94 |
| POST-PETITION LIABILITIES | | | |
| Accounts Payable | | 34,799.04 | 42,082.55 |
| Taxes Payable | | 10,041.29 | 10,788.00 |
| Notes & Interest Payable - BDFC & HIE | | 130,321.68 | 115,888.83 |
| Legal & Professional Fees | | 28,639.20 | 29,639.20 |
| Secured Debt | | | |
| Loan Payable - Officer | | 23,830.00 | 23,830.00 |
| Total Post-Petition Liabilities | | 227,631.21 | 222,228.58 |
| PRE-PETITION LIABILITIES | | | |
| Secured Debt | | 7,503,572.27 | 7,508,663.50 |
| Priority Debt | | 184,737.40 | 184,737.40 |
| Unsecured Debt | | 1,423,966.30 | 1,426,835.74 |
| Interest & Principal Payable | | | |
| Total Pre-Petition Liabilities | | 9,112,275.97 | 9,120,236.64 |
| TOTAL LIABILITIES | | 9,339,907.18 | 9,342,465.22 |
| EQUITY | | | |
| Pre-petition Owner's Equity | | -287,876.43 | -287,876.43 |
| Post-Petition Cumulative Profit/Loss | | -289,603.95 | -224,229.29 |
| Direct Charges to Equity (explain) | | 812.44 | 812.44 |
| Total Equity | | -576,667.94 | -511,293.28 |
| TOTAL LIABILITIES & OWNER'S EQUITY | | 8,763,239.24 | 8,831,171.94 |

[1] This column should reflect the information provided in Schedules A, B, C, D, E, and F filed with the Court

Direct Charges to Equity :
Payroll check paid personally by member                    812.44

Note - Draw reclassified as Employee Advances (Payroll item) drawn by the member.

# STATUS OF ASSETS

*Information provided on this page should reconcile with balance sheet amounts

| ACCOUNTS RECEIVABLE | TOTAL | 0-30 Days | 31-60 Days | 60+ Days |
|---|---|---|---|---|
| Total Accounts Receivable | 24,079.15 | 9,244.59 | 697.41 | 14,137.15 |
| Less Amount Considered Uncollectible | 0.00 | 0.00 | 0.00 | 0.00 |
| Net Accounts Receivable | 24,079.15 | 9,244.59 | 697.41 | 14,137.15 |

| DUE FROM INSIDER | 0.00 |
|---|---|
| Schedule Amount | 0.00 |
| Plus: Amount Loaned Since Filing Date | 0.00 |
| Less: Amount Collected Since Filing Date | 0.00 |
| Less: Amount Considered Uncollectible | 0.00 |
| Net Due From Insiders | 0.00 |

| INVENTORY | |
|---|---|
| Beginning Inventory | 7,540.00 |
| Plus: Purchases | 0.00 |
| Less: Cost of Goods Sold | 0.00 |
| Ending Inventory | 7,540.00 |

Date Last Inventory was taken: _____

| FIXED ASSETS | SCHEDULE AMOUNT | ADDITIONS | DELETIONS | CURRENT AMOUNT |
|---|---|---|---|---|
| Real Property | 1,300,000.00 | 0.00 | 0.00 | 1,300,000.00 |
| Buildings | 6,107,267.00 | 0.00 | 0.00 | 6,107,267.00 |
| Accumulated Depreciation | 0.00 | 0.00 | 0.00 | 0.00 |
| Net Buildings | 6,107,267.00 | 0.00 | 0.00 | 6,107,267.00 |
| Equipment | Unknown | | | Unknown |
| Accumulated Depreciation | 0.00 | 0.00 | 0.00 | 0.00 |
| Net Equipment | Unknown | | | Unknown |
| Autos/Vehicles | 0.00 | 0.00 | 0.00 | 0.00 |
| Accumulated Depreciation | 0.00 | 0.00 | 0.00 | 0.00 |
| Net Autos/Vehicles | 0.00 | 0.00 | 0.00 | 0.00 |

Provide a description of fixed assets added or deleted during the reporting period; include the date of Court order:

_____

_____

_____

# STATUS OF LIABILITIES
# AND SENSITIVE PAYMENTS

*Information provided on this page should reconcile with balance sheet and disbursement detail amounts

| POST-PETITION LIABILITIES | TOTAL | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days |
|---|---|---|---|---|---|
| Accounts Payable * | 32,938.92 | 26,968.68 | 81.77 | 42.67 | 5,845.80 |
| Taxes Payable | 10,041.29 | 10,041.29 | 0.00 | 0.00 | 0.00 |
| Notes Payable - Interest & Principal | 130,321.68 | 14,432.85 | 14,432.85 | 14,432.85 | 87,023.13 |
| Legal & Professional Fees Payable | 28,639.20 | 0.00 | 0.00 | 0.00 | 28,639.20 |
| Customer Deposit | 1,860.12 | 0.00 | 0.00 | 0.00 | 1,860.12 |
| Loan Payable - Officers | 23,830.00 | 0.00 | 0.00 | 0.00 | 23,830.00 |
| | | | | | |
| Total Post-Petition Liabilities | 227,631.21 | 51,442.82 | 14,514.62 | 14,475.52 | 147,198.25 |

*DEBTOR MUST ATTACH AN AGED ACCOUNTS PAYABLE LISTING

## PAYMENTS TO INSIDERS AND PROFESSIONALS

| Insiders | | | |
|---|---|---|---|
| Name | Reason for Payment | Amount Paid this Month | Total Paid to Date |
| Emmanuel Ikharebha - Member | Per Court Order | 5,750.00 | 46,000.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| Total Payments to Insiders | | 5,750.00 | 46,000.00 |

| Professionals | | | | |
|---|---|---|---|---|
| Name | Date of Court Order Authorizing Payment | Amount Aproved | Amount Paid this Month | Total Paid to Date |
| DeConcini McDonald Yetwin & Lacy | 12/31/09 | 39,469.20 | 0.00 | 23,830.00 |
| Hirsch & Shah CPA'S LLC | 12/31/09 | 18,000.00 | 1,000.00 | 5,000.00 |
| Resolute - Attorneys(moved from above) | 12/31/09 | Per Court order | 8,000.00 | 56,000.00 |
| | | | | |
| Total Payments to Proffessionals | | | 9,000.00 | 84,830.00 |

# CASE STATUS

## QUESTIONAIRE

|  | YES | NO |
|---|---|---|
| Have any funds been disbursed from any accounts other than a Debtor-in-Possession account? |  | X |
| Are any post-petition receivables (accounts, notes or loans) due from related parties? |  | X |
| Are any wages past due? |  | X |
| Are any U. S. Trustee quarterly fees delinquent? |  | X |

Provide a detailed explaination of any "YES" answers to the above questions: (attach additional sheets if needed)

Current number of employees: _____10_____

**INSURANCE**

| Carrier & Policy Number | Type of Policy | Period Covered | Payment Amount & Frequency |
|---|---|---|---|
| UCA General Insurance-632000735-00 | General Liability | 06/2009 to 06/2010 | $1229.57 - Monthly |
| Standard Funding Insurance-H70991157 | Umbrella | 06/2009 to 06/2010 | $371.00-Monthly |
|  |  |  |  |
|  |  |  |  |

**What steps have been taken to remedy the problems which brought on the chapter 11 filing?**

**Identify any matters that are delaying the filing of a plan of reorganization:**

# DISBURSEMENT DETAIL

**Month:** JUNE - 2010

**Account #** XXXXX4832

**Bank Name** CHASE

| Cash/Electronic Disbursements | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
| VARIOUS | VARIOUS | VARIOUS | 110,385.12 |
| | BANK STATEMENT ATTACHED FOR YOUR RECORD | | |
| | | | |
| | | | |
| | | Total Cash/Electronic Disbursements | 110,385.12 |

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| CHECK # | Date | Payee | Purpose | Amount |
| VARIOUS | VARIOUS | VARIOUS | VARIOUS | 47,444.33 |
| | | BANK STATEMENT ATTACHED FOR YOUR RECORD | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total checks listed on this page | | | | 47,444.33 |
| Total checks listed on continuation pages | | | | |

| | |
|---|---|
| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | 157,829.45 |

# DISBURSEMENT DETAIL

**Month:** JUNE - 2010

**Account #** XXXXX4824

**Bank Name** CHASE

| Cash/Electronic Disbursements | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount in US $ |
| 06/4/10 | PAYCHEX | PAYROLL TAXES | 1,529.94 |
| 06/18/10 | PAYCHEX | PAYROLL TAXES | 1,440.79 |
| | | | |
| | | | |
| | | Total Cash/Electronic Disbursements | 2,970.73 |

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| CHECK # | Date | Payee | Purpose | Amount in US $ |
| Various | Various | Various | Various | 22,180.33 |
| | | | | |
| | BANK STATEMENT ATTACHED FOR YOUR RECORD | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total checks listed on this page | | | | 22,180.33 |
| Total checks listed on continuation pages | | | | 0.00 |

| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | 25,151.06 |
|---|---|

# DISBURSEMENT DETAIL

**Month:** JUNE - 2010

**Account #** XXXXX4816

**Bank Name** CHASE

| Cash/Electronic Disbursements | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
| | NONE | | |
| | | | |
| | BANK STATEMENT ATTACHED FOR YOUR RECORD | | |
| | | | |
| | | Total Cash/Electronic Disbursements | 0.00 |

| Check # | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| 1012 | 6/29/10 | Arizona Dept of Revenue | Sales tax payment for 5/31/10 liability | 10,788.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total checks listed on this page** | | | | 10,788.00 |
| | | | | |

| | |
|---|---|
| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | 10,788.00 |



**CHASE**

JPMorgan Chase Bank, N.A
P O Box 260180
Baton Rouge, LA 70826-0180

May 29, 2010 through June 30, 2010

Account Number: ●●●●●●●●●4832



IllululIoIuulIlolIuuIIIoIouIIIlIuoIoIIIIooIIuoIIuoII
00066695 DRE 601 141 18210 - NNNNN T 1 000000000 65 0000
SUNRISE HOSPITALITY LLC
DEBTOR IN POSSESSION
CASE #4;09-BK-26457-JMM
1200 SUNRIZE PLAZA DR
FLORENCE AZ 85132-8105

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

## IMPORTANT NOTICE ABOUT YOUR ACCOUNT

We strictly prohibit the use of your accounts to conduct any transactions involving unlawful Internet gambling or any other illegal activity. This includes accepting or receiving any funds or deposits to your accounts from unlawful Internet gambling or other illegal activity. If you have any questions, please call us at 1-800-CHASE38 (1-800-242-7338).

## CHECKING SUMMARY | Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$112,496.72** |
| Deposits and Additions | 61 | 101,711.69 |
| Checks Paid | 37 | - 47,444.33 |
| Electronic Withdrawals | 23 | - 108,401.71 |
| Fees and Other Withdrawals | 5 | - 1,983.71 |
| **Ending Balance** | **126** | **$56,378.66** |

Your monthly service fee was waived because you maintained an average checking balance of $5,000 or more during the statement period.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 06/01 | Deposit | | $199.26 |
| 06/01 | Deposit | | 135.83 |
| 06/01 | Deposit | | 101.28 |
| 06/01 | Deposit | | 99.63 |
| 06/01 | Deposit | | 18.48 |
| 06/01 | Deposit | | 6.97 |
| 06/01 | Deposit | | 1.00 |
| 06/01 | American Express Settlement 5021434444 | CCD ID: 1134992250 | 3,656.86 |
| 06/01 | Merchant Bnkcd  Deposits  23896730009 | CCD ID: 9037158003 | 2,250.13 |
| 06/02 | Deposit | | 99.63 |
| 06/02 | Merchant Bnkcd  Deposits  23896730009 | CCD ID: 9037158003 | 7,889.33 |

 **CHASE**

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

**1. Write in the Ending Balance shown on this statement:**     Step 1 Balance: $_____

**2. List and total all deposits & additions not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

Step 2 Total:     $_____

**3. Add Step 2 Total to Step 1 Balance.**     Step 3 Total:     $_____

**4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Step 4 Total:     -$_____

**5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:**     $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared  Be prepared to give us the following information:**
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error. or why you need more information.

We will investigate your complaint and will correct any error promptly  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account**



EQUAL HOUSING
LENDER    **JPMorgan Chase Bank, N.A. Member FDIC**




## DEPOSITS AND ADDITIONS   *(continued)*



| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 06/03 | American Express Settlement 5021434444          CCD ID: 1134992250 | 4,189.38 |
| 06/04 | Merchant Bnkcd   Deposits   23896730009   CCD ID: 9037158003 | 2,465.10 |
| 06/07 | Deposit | 178.72 |
| 06/07 | Deposit | 156.38 |
| 06/07 | Deposit | 1.00 |
| 06/07 | Merchant Bnkcd   Deposits   23896730009     CCD ID: 9037158003 | 730.59 |
| 06/07 | American Express Settlement 5021434444          CCD ID: 1134992250 | 628.82 |
| 06/07 | American Express Settlement 5021434444          CCD ID: 1134992250 | 365.26 |
| 06/07 | Discover Network Settlement 601101352060113 CCD ID: 1510020270 | 110.69 |
| 06/08 | Merchant Bnkcd   Deposits   23896730009     CCD ID: 9037158003 | 4,004.88 |
| 06/08 | Merchant Bnkcd   Deposits   23896730009     CCD ID: 9037158003 | 1,642.63 |
| 06/08 | Discover Network Settlement 601101352060113 CCD ID: 1510020270 | 223.38 |
| 06/09 | American Express Settlement 5021434444          CCD ID: 1134992250 | 2,846.76 |
| 06/09 | Merchant Bnkcd   Deposits   23896730009     CCD ID: 9037158003 | 1,425.01 |
| 06/10 | American Express Settlement 5021434444          CCD ID: 1134992250 | 1,013.18 |
| 06/11 | Deposit | 538.01 |
| 06/11 | Deposit | 341.08 |
| 06/11 | Deposit | 312.76 |
| 06/11 | Deposit | 58.29 |
| 06/11 | Merchant Bnkcd   Deposits   23896730009     CCD ID: 9037158003 | 1,682.13 |
| 06/11 | Discover Network Settlement 601101352060113 CCD ID: 1510020270 | 171.46 |
| 06/14 | Merchant Bnkcd   Deposits   23896730009     CCD ID: 9037158003 | 1,987.91 |
| 06/14 | American Express Settlement 5021434444          CCD ID: 1134992250 | 1,088.76 |
| 06/14 | American Express Settlement 5021434444          CCD ID: 1134992250 | 466.95 |
| 06/15 | Merchant Bnkcd   Deposits   23896730009     CCD ID: 9037158003 | 5,243.49 |
| 06/15 | Merchant Bnkcd   Deposits   23896730009     CCD ID: 9037158003 | 2,227.28 |
| 06/15 | American Express Settlement 5021434444          CCD ID: 1134992250 | 1,153.38 |
| 06/15 | Discover Network Settlement 601101352060113 CCD ID: 1510020270 | 350.30 |
| 06/15 | Discover Network Settlement 601101352060113 CCD ID: 1510020270 | 0.44 |
| 06/16 | Deposit | 245.72 |
| 06/16 | Deposit | 141.61 |
| 06/16 | American Express Settlement 5021434444          CCD ID: 1134992250 | 1,054.55 |
| 06/16 | Merchant Bnkcd   Deposits   23896730009     CCD ID: 9037158003 | 938.75 |
| 06/17 | American Express Settlement 5021434444          CCD ID: 1134992250 | 614.65 |
| 06/18 | Merchant Bnkcd   Deposits   23896730009   CCD ID: 9037158003 | 750.88 |
| 06/21 | American Express Settlement 5021434444          CCD ID: 1134992250 | 769.66 |
| 06/21 | Merchant Bnkcd   Deposits   23896730009     CCD ID: 9037158003 | 685.83 |
| 06/22 | Merchant Bnkcd   Deposits   23896730009     CCD ID: 9037158003 | 41,729.36 |
| 06/22 | Discover Network Settlement 601101352060113 CCD ID: 1510020270 | 110.58 |
| 06/23 | Deposit | 331.74 |
| 06/23 | Deposit | 122.86 |
| 06/23 | Deposit | 102.53 |
| 06/23 | Deposit | 100.53 |
| 06/23 | Deposit | 4.95 |
| 06/23 | American Express Settlement 5021434444          CCD ID: 1134992250 | 3,722.52 |
| 06/30 | Deposit | 111.69 |
| 06/30 | Deposit | 100.53 |


## DEPOSITS AND ADDITIONS  *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/30 | Deposit | 6.33 |
| 06/30 | Deposit | 3.00 |
| 06/30 | Deposit | 1.00 |

**Total Deposits and Additions** **$101,711.69**

## CHECKS PAID

| CHECK NO | DESCRIPTION | DATE PAID | AMOUNT |
|----------|-------------|-----------|--------|
| 1210 ^ | | 06/04 | $1,000.00 |
| 1211 ^ | | 06/04 | 8,000.00 |
| 1212 ^ ₀ | | 06/04 | 1,096.60 |
| 1213 ^ ₀ | | 06/11 | 400.00 |
| 1214 ^ ₀ | | 06/18 | 200.00 |
| 1215 ^ ₀ | | 06/18 | 100.00 |
| 1216 ^₀ | | 06/18 | 898.73 |
| 1217 ^ ₀ | | 06/29 | 759.73 |
| 1218 ^ ₀ | | 06/11 | 476.35 |
| 1219 ^ ₀ | | 06/22 | 7,682.00 |
| 1220 ^ ₆ | | 06/18 | 436.19 |
| 1221 ^ ₀ | | 06/22 | 735.90 |
| 1222 ^ | | 06/29 | 138.30 |
| 1223 ^ | | 06/28 | 676.89 |
| 1224 ^ | | 06/28 | 670.46 |
| 1226 ' ^ | | 06/28 | 347.00 |
| 1227 ^ | | 06/28 | 725.26 |
| 1229 ' ^ | | 06/29 | 3,252.18 |
| 1230 ^ | | 06/28 | 653.40 |
| 1231 ^ | | 06/28 | 375.00 |
| 1232 ^ | | 06/25 | 4,920.86 |
| 1233 ^₀ | | 06/24 | 200.00 |
| 1234 ^₀ | | 06/23 | 2,197.86 |
| 1235 ^ | | 06/28 | 643.85 |
| 1236 ^ | | 06/28 | 1,428.15 |
| 1237 ^ | | 06/29 | 4,052.84 |
| 1238 ^ | | 06/28 | 237.38 |
| 1239 ^ | | 06/28 | 343.24 |
| 1240 ^ | | 06/28 | 315.35 |
| 1241 ^ | | 06/30 | 527.30 |
| 1242 ^ | | 06/29 | 31.98 |




## CHECKS PAID  *(continued)*

| CHECK NO | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1243 ^ | | 06/29 | 186.90 |
| 1245 * ^ | | 06/28 | 795.19 |
| 1246 ^ | | 06/28 | 581.64 |
| 1247 ^, | | 06/25 | 1,562.78 |
| 1248 ^ | | 06/28 | 35.64 |
| 1249 ^ | | 06/25 | 759.38 |

| | | | |
|---|---|---|---|
| **Total Checks Paid** | | | **$47,444.33** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements

^ An image of this check may be available for you to view on Chase.com



## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/01 | Merchant Bnkcd   Deposits   23896730009      CCD ID: 9037158003 | $70.49 |
| 06/02 | Fedwire Debit Via: Wells Fargo NA/121000248 A/C: Hie Servicing Llc Imad: 0602B1Qgc07C005631 Trn: 1443300153Es | 15,000.00 |
| 06/02 | Merchant Bnkcd   Intchg ADJ 23896730009      CCD ID: 9037158003 | 1,794.66 |
| 06/02 | Merchant Bnkcd   Proc Fee   23896730009      CCD ID: 9037158003 | 1,613.87 |
| 06/02 | Discover Network Settlement 601101352060113 CCD ID: 1510020270 | 40.04 |
| 06/02 | Merchant Bnkcd   Misc ADJ   23896730009      CCD ID: 9037158003 | 15.00 |
| 06/02 | Merchant Bnkcd   For Intchg 23896730009      CCD ID: 9037158003 | 14.97 |
| 06/03 | Merchant Bnkcd   Auth Chrgs 23896730009      CCD ID: 9037158003 | 15.60 |
| 06/04 | Online Transfer To  Chk Xxxxx4824 Transaction#: 387468310 | 7,500.00 |
| 06/04 | Online Transfer To  Chk Xxxxx4816 Transaction#: 387468421 | 12,000.00 |
| 06/08 | Merchant Bnkcd   Zrflrfee   23896730009      CCD ID: 9037158003 | 0.40 |
| 06/09 | Merchant Bnkcd   Msusauth   23896730009      CCD ID: 9037158003 | 2.25 |
| 06/11 | Merchant Bnkcd   Deposits   23896730009      CCD ID: 9037158003 | 221.38 |
| 06/14 | Merchant Bnkcd   Deposits   23896730009      CCD ID: 9037158003 | 111.69 |
| 06/16 | Fedwire Debit Via: Wells Fargo NA/121000248 A/C: Hie Servicing Llc Imad: 0616B1Qgc08C006967 Trn: 0983600167Es | 15,000.00 |
| 06/16 | Fedwire Debit Via: Wachovia Bk NA GA/061000227 A/C: Intercontinental Hotels Group Imad: 0616B1Qgc05C004708 Trn: 0986600167Es | 16,307.03 |
| 06/21 | Online Transfer To  Chk Xxxxx4824 Transaction#: 399550947 | 20,000.00 |
| 06/21 | Online Transfer To  Chk Xxxxx4816 Transaction#: 399551288 | 18,500.00 |
| 06/21 | American Express Collection 5021434444      CCD ID: 1134992250 | 185.37 |
| 06/30 | Merchant Bnkcd   Viauthfe   23896730009      CCD ID: 9037158003 | 7.43 |
| 06/30 | Merchant Bnkcd   Mc Nabu   23896730009      CCD ID: 9037158003 | 1.07 |
| 06/30 | Merchant Bnkcd   VI Kbyte   23896730009      CCD ID: 9037158003 | 0.30 |
| 06/30 | Merchant Bnkcd   Mc Kbyte   23896730009      CCD ID: 9037158003 | 0.16 |

| | | |
|---|---|---|
| **Total Electronic Withdrawals** | | **$108,401.71** |



May 29, 2010 through June 30, 2010
Account Number ████████4832

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/02 | Withdrawal  *R/m* | $1,516.89 |
| 06/02 | Outgoing Domestic Wire Fee | 25.00 |
| 06/16 | Withdrawal  *Shamrock per Cheat* | 391.82 |
| 06/16 | Outgoing Domestic Wire Fee | 25.00 |
| 06/16 | Outgoing Domestic Wire Fee | 25.00 |
| **Total Fees & Other Withdrawals** | | **$1,983.71** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|
| 06/01 | $118,895.67 | 06/16 | 82,275.73 |
| 06/02 | 106,864.20 | 06/17 | 82,890.38 |
| 06/03 | 111,037.98 | 06/18 | 82,006.34 |
| 06/04 | 83,906.48 | 06/21 | 44,776.48 |
| 06/07 | 86,077.94 | 06/22 | 78,198.50 |
| 06/08 | 91,948.43 | 06/23 | 80,385.77 |
| 06/09 | 98,217.95 | 06/24 | 80,185.77 |
| 06/10 | 97,231.13 | 06/25 | 72,942.75 |
| 06/11 | 99,237.13 | 06/28 | 65,114.30 |
| 06/14 | 102,669.06 | 06/29 | 56,692.37 |
| 06/15 | 111,643.95 | 06/30 | 56,378.66 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------------------------------------------|------------------------|
| Checks Paid / Debits | 58 |
| Deposits / Credits | 61 |
| Deposited Items | 2 |
| **Transaction Total** | **121** |

| SERVICE FEE CALCULATION | AMOUNT |
|-------------------------|--------|
| Service Fee | $12.00 |
| Service Fee Credit | -$12.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |



**CHASE** ◆

JPMorgan Chase Bank. N A
P O Box 260180
Baton Rouge, LA 70826 - 0180



00052307 DRE 601 141 18210 - NNNNY T 1 000000000 63 0000
SUNRISE HOSPITALITY LLC
DEBTOR IN POSSESSION
CASE #4;09-BK-26457-JMM
1200 SUNRIZE PLAZA DR
FLORENCE AZ 85132-8105



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

## IMPORTANT NOTICE ABOUT YOUR ACCOUNT

We strictly prohibit the use of your accounts to conduct any transactions involving unlawful Internet gambling or any other illegal activity. This includes accepting or receiving any funds or deposits to your accounts from unlawful Internet gambling or other illegal activity. If you have any questions, please call us at 1-800-CHASE38 (1-800-242-7338)

## CHECKING SUMMARY    Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$13,032.70** |
| Deposits and Additions | 2 | 27,500.00 |
| Checks Paid | 25 | - 22,180.33 |
| Electronic Withdrawals | 2 | - 2,970.73 |
| **Ending Balance** | **29** | **$15,381.64** |

Your monthly service fee was waived because you maintained an average checking balance of $5,000 or more during the statement period

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/04 | Online Transfer From Chk Xxxxx4832 Transaction#: 387468310 | $7,500.00 |
| 06/21 | Online Transfer From Chk Xxxxx4832 Transaction#: 399550947 | 20,000.00 |
| **Total Deposits and Additions** | | **$27,500.00** |


## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. **Write in the Ending Balance shown on this statement:**  **Step 1 Balance: $_____**

2. **List and total all deposits & additions not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |
|      |        |      |        |      |        |

| | |
|---|---|
| **Step 2 Total:** | **$_____** |

3. **Add Step 2 Total to Step 1 Balance.**  **Step 3 Total:  $_____**

4. **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

**Step 4 Total:  -$_____**

5. **Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:  $_____**

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared  Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you  For more complete details. see the Account Rules and Regulations or other applicable account agreement that governs your account



**JPMorgan Chase Bank, N.A. Member FDIC**

# CHASE ⬡

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1035 ^ | | 06/23 | $5,750.00 |
| 1036 ^ | | 06/25 | 750.70 |
| 5125 * ^ | | 06/01 | 652.86 |
| 5127 * ^ | | 06/01 | 748.03 |
| 5130 * ^ | | 06/01 | 361.09 |
| 5134 * ^ | | 06/07 | 743.08 |
| 5135 ^ | | 06/08 | 804.35 |
| 5136 ^ | | 06/09 | 1,213.48 |
| 5137 ^ | | 06/08 | 812.68 |
| 5138 ^ | | 06/07 | 507.63 |
| 5139 ^ | | 06/08 | 820.67 |
| 5140 ^ | | 06/09 | 455.28 |
| 5141 ^ | | 06/08 | 795.94 |
| 5142 ^ | | 06/08 | 490.61 |
| 5143 ^ | | 06/08 | 438.25 |
| 5144 ^ | | 06/22 | 669.98 |
| 5145 ^ | | 06/23 | 705.88 |
| 5146 ^ | | 06/29 | 1,252.27 |
| 5147 ^ | | 06/22 | 835.77 |
| 5148 ^ | | 06/30 | 459.27 |
| 5149 ^ | | 06/21 | 767.66 |
| 5150 ^ | | 06/23 | 274.74 |
| 5151 ^ | | 06/22 | 771.70 |
| 5152 ^ | | 06/24 | 627.98 |
| 5153 ^ | | 06/29 | 470.43 |

**Total Checks Paid**     **$22,180.33**

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| 06/04 | Paychex Tps | Taxes | 35650500019189X CCD ID: 1161124166 | $1,529.94 |
| 06/18 | Paychex Tps | Taxes | 35832100018132X CCD ID: 1161124166 | 1,440.79 |

**Total Electronic Withdrawals**     **$2,970.73**

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 06/01 | $11,270.72 | 06/09 | 10,158.81 |
| 06/04 | 17,240.78 | 06/18 | 8,718.02 |
| 06/07 | 15,990.07 | 06/21 | 27,950.36 |
| 06/08 | 11,827.57 | 06/22 | 25,672.91 |




## DAILY ENDING BALANCE   *(continued)*

| DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|
| 06/23 | 18,942 29 | 06/29 | 15,840 91 |
| 06/24 | 18,314 31 | 06/30 | 15,381 64 |
| 06/25 | 17,563 61 | | |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------|--------|
| Checks Paid / Debits | 27 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| **Transaction Total** | **27** |

| SERVICE FEE CALCULATION | AMOUNT |
|------|--------|
| Service Fee | $12 00 |
| Service Fee Credit | -$12.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |





## Introducing
## Chase Loan for Hire!

### Get up to 2% Off Our Lowest Rates in Years with the
### First Loan that Rewards you for Growing Your Business

#### Part of our $10 Billion Business Lending Promise

- .50% off for each new employee hired in 2010, up to 3
- Plus, get .50% off if you have a Chase business checking account

#### Visit your local Chase branch or go to chase.com/LoanForHire today.

Some restrictions, eligibility requirements, and fees may apply. All lines of credit are subject to credit approval by JPMorgan Chase Bank, N.A. Credit approval will depend on the credit profiles of the business and any guarantors, the line amount and the availability of property as collateral in which Chase can obtain first lien position. Businesses with annual sales revenues of $10 million or less are eligible. Offer applies to new lines of credit between $10,000 and $250,000 and to existing lines which are increased by $10,000 or more. Chase reserves the right to cancel this offer anytime without notice; however, this offer will still apply to lines that are already booked and applications for lines that are being processed prior to cancellation. Lines will be evidenced by Chase documentation for the Chase Business Line of Credit. Offer not valid in combination with any other lending offer. Lines must be opened by December 31, 2010 to be eligible for this offer. Chase may ask for additional information as borrower's request for credit is processed.

**Interest rate reduction for hiring new employees:** On or before December 31, 2010, borrower must provide certification satisfactory to Chase that borrower has (i) during the period beginning on June 29, 2010 and ending on December 31, 2010, increased the net number of persons employed by borrower and (ii) with respect to each such person, retained a completed Form I-9. Any interest rate reduction will become effective 14 to 30 days following Chase's receipt of borrower's certification. Chase will reduce the rate at which interest would otherwise accrue to the unpaid principal balance of the promissory note by 0.50% of each such net increase of person employed by borrower, up to three persons and a maximum interest rate reduction of 1.50%.

**Interest rate reduction for having Business checking:** If the Chase business checking account is ever closed, the additional 0.50% rate reduction will no longer apply.

Federal law requires all financial institutions to obtain, verify, and record information that identifies each person or business that opens an account.

© 2010 JPMorgan Chase Bank, N.A. Member FDIC. Equal Opportunity Lender


This Page Intentionally Left Blank


**CHASE** 

JPMorgan Chase Bank, N A
P O Box 260180
Baton Rouge, LA 70826 - 0180



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



00028133 DRE 601 141 18210 - NNNNN T 1 000000000 64 0000
SUNRISE HOSPITALITY LLC
DEBTOR IN POSSESSION
CASE #4;09-BK-26457-JMM
1200 SUNRIZE PLAZA DR
FLORENCE AZ 85132-8105

## IMPORTANT NOTICE ABOUT YOUR ACCOUNT

We strictly prohibit the use of your accounts to conduct any transactions involving unlawful Internet gambling or any other illegal activity. This includes accepting or receiving any funds or deposits to your accounts from unlawful Internet gambling or other illegal activity. If you have any questions, please call us at 1-800-CHASE38 (1-800-242-7338)

## CHECKING SUMMARY   Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$12,094.90** |
| Deposits and Additions | 2 | 30,500 00 |
| Checks Paid | 1 | - 10,788 00 |
| **Ending Balance** | **3** | **$31,806.90** |

Your monthly service fee was waived because you maintained an average checking balance of $5,000 or more during the statement period.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/04 | Online Transfer From  Chk Xxxxx4832 Transaction#: 387468421 | $12,000.00 |
| 06/21 | Online Transfer From  Chk Xxxxx4832 Transaction#: 399551288 | 18,500.00 |
| **Total Deposits and Additions** | | **$30,500.00** |


## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not

1. Write in the Ending Balance shown on this statement:     **Step 1 Balance:  $_____**

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

**Step 2 Total:   $_____**

3. Add Step 2 Total to Step 1 Balance.     **Step 3 Total:   $_____**

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Step 4 Total:   -$_____**

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:  **$_____**

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared  Be prepared to give us the following information:
 • Your name and account number
 • The dollar amount of the suspected error
 • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account

 JPMorgan Chase Bank, N.A. Member FDIC






## CHECKS PAID

| CHECK NO | DESCRIPTION | DATE PAID | AMOUNT |
|----------|-------------|-----------|--------|
| 1012 ^ | | 06/29 | $10,788.00 |
| **Total Checks Paid** | | | **$10,788.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image

^ An image of this check may be available for you to view on Chase.com

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 06/04 | $24,094 90 |
| 06/21 | 42,594 90 |
| 06/29 | 31,806 90 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------------------------------------------|------------------------|
| Checks Paid / Debits | 1 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| **Transaction Total** | **1** |

| SERVICE FEE CALCULATION | AMOUNT |
|-------------------------|--------|
| Service Fee | $12 00 |
| Service Fee Credit | -$12.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |



This Page Intentionally Left Blank